**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DANIEL W. KAPETAN, | ) | |
| Petitioner, | ) | 3:11-cv-00282-RCJ-VPC |
| vs. | ) | **ORDER** |
| JAMES COX, *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a motion for an extension of time in which to file an answer to the petition for a writ of habeas corpus. (ECF No. 10). Respondents seek a 45-day enlargement of time, up to and including September 15, 2011, to file an answer. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer (ECF No. 10) is **GRANTED.** The answer shall be filed on or before **September 15, 2011.**

Dated this 2nd day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE